No. 03-13-00318-CV

FILED
February 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE

THIRD COURT OF APPEALS

at Austin, Texas

---

JUAN A. MARTIN-DE-NICOLAS
Appellant

v.

REX JONES
Appellee.

---

Appealed from the County Court at Law No. 2 of
Travis County, Texas
Cause No. C-1-CV-12-008738

---

# APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S MOTION FOR EN BANC RECONSIDERATION

---


RECEIVED
FEB 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Filed by:

Juan A. Martin-de-Nicolas
Appellant, Pro Se
5604 Woodview Ave.
Austin, TX 78756
Tel. 512-565-1498

## Identity of Parties and Counsel

**Appellant/Plaintiff Pro Se:**   Juan A. Martin-de-Nicolas
5604 Woodview Avenue
Austin TX 78756
Telephone: 512-565-1498
Email: juanmden@yahoo.com

**Appellee/Defendant's Counsel:**

Ronald L. Clark
State Bar No.: 04298300
CLARK, PRICE & TREVIÑO
1701 Directors Boulevard, Suite 920
Austin Texas 78744
Telephone: 512-445-1580
Telecopier: 512-383-0503
Email: ronald.clark@FarmersInsurance.com

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1, and 10.5(b), the Appellant, Juan A. Martin-de-Nicolas, files this "Appellant's First Motion to Extend Time to File Appellant's Motion for En Banc Reconsideration."

On 28 August 2014, this court of appeals rendered judgment affirming the lower court ruling. On 26 January 2015, this court denied appellant's motion for rehearing.

Appellant's Motion for En Banc Reconsideration, is currently due today, Tuesday 10 February 2015.

Appellant seeks leave of court for a 7-day extension of time to file its motion, making the motion due next Tuesday 17 February 2015. This is the first request for extension of time to file the motion for en banc reconsideration.

## REQUEST FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR EN BANC RECONSIDERATION

This request is not sought for delay, but so that justice may be done. Appellant relies on the following reason to explain the need for the requested extension:

- Appellant came across a complex legal issue that may affect the outcome of his motion for en banc reconsideration. Appellant needs an additional seven days (7 days) to study the issue and prepare a cogent and succinct motion to

aid this Court in its analysis of the issues presented for review in the motion for en banc reconsideration.

## PRAYER FOR RELIEF

For the reason set forth above, Appellant requests that this Court grant this "Appellant's First Motion to Extend Time to File Appellant's Motion for En Banc Reconsideration."

Respectfully submitted,

Juan A. Martin-de-Nicolas
5604 Woodview Avenue
Austin TX 78756
Telephone: 512-565-1498
Email: juanmden@yahoo.com

# CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on ___10 FEBRUARY___, 2015, a copy of this motion was served via USPS Certified Mail RRR# ___7012·3460·0002·1853·2617___, on the following counsel of record:

Attorney:
Ronald L. Clark
State Bar No.: 04298300
CLARK, PRICE & TREVIÑO
1701 Directors Boulevard, Suite 920
Austin Texas 78744

Client:
Rex Jones

_____
Juan A. Martin-de-Nicolas
5604 Woodview Avenue
Austin TX 78756
Telephone: 512-565-1498
Email: juanmden@yahoo.com

STATE OF TEXAS                          §
TRAVIS COUNTY                           §


## AFFIDAVIT IN SUPPORT OF
## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE
## APPELLANT'S MOTION FOR EN BANC RECONSIDERATION


Before me, the undersigned notary, on this day personally appeared Juan A. Martin-de-Nicolas, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Juan A. Martin-de-Nicolas. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the Appellant in this appeal. I am including this affidavit in support of Appellant's First Motion to Extend Time to File Appellant's Motion for En Banc Reconsideration. The facts stated in this motion are within my personal knowledge and are true and correct.



Juan A. Martin-de-Nicolas


Sworn to and subscribed before me by _Juan A Martin-de-Nicolas_

on __10th, Feb.__, 2015.

TAHEREH SHAKIBA
Notary Public, State of Texas
My Commission Expires
NOVEMBER 24, 2018

Notary Public in and for _Travis_
The State of Texas
My commission expires: _11-24-18_


---

## CERTIFICATE OF CONFERENCE

This is to certify that on 10 February 2015, Juan A. Martin-de-Nicolas, appellant pro se, twice called the offices of Ronald L. Clark, counsel for Rex Jones, to confer about Appellant's First Motion to Extend Time to File Appellant's Motion for En Banc Reconsideration. Appellant was unable to talk to Mr. Clark as he was not available.

Appellant requests that the court add this certificate of conference to the previously filed motion which lacked this certificate. This additional page is page seven of a total of seven pages.

Juan A. Martin-de-Nicolas
5604 Woodview Avenue
Austin TX 78756
Telephone: 512-565-1498
Email: juanmden@yahoo.com

RECEIVED

FEB 1 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE